**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 21, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00320-CV

---

## IN RE MICHAELS STORES, INC. D/B/A MICHAELS ART & CRAFTS #2719, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-23106**

---

## MEMORANDUM OPINION

On June 11, 2021, relator Michaels Stores, Inc. d/b/a Michaels Art & Crafts #2719 filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate the Findings and Order on Plaintiff's Motion for Sanctions signed June 8, 2021.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.